# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TESORO CORPORATION, a Delaware Corporation, and TESORO REFINING AND MARKETING COMPANY, a Delaware Corporation;<br><br>Plaintiffs,<br><br>v.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois Corporation;<br><br>Defendant. | CASE NO. C11-5718-PJH<br><br>(~~Proposed~~)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Bernard P. Bell, whose business address and telephone number is:
Jones Day
51 Louisiana Ave, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis representing Tesoro Corporation and Tesoro Refining and Marketing Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/6/12                                              _____
                                                                    United States ~~Magistrate~~ Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*